VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-9471
vernon.norwood@ssa.gov

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JANNETTE VALENTIN,

                Plaintiff,                          Civil Action No.
                                                           19-CV-00466 (MPS)

        v.                                        **CONSENT ORDER FOR PAYMENT**
                                                           **OF FEES PURSUANT TO THE EQUAL**
COMMISSIONER OF SOCIAL SECURITY,    **ACCESS TO JUSTICE ACT**
                Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      This matter having been opened to the Court by Ivan Katz, Esq for an Order awarding attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and it appearing that John Durham, United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of SEVEN THOUSAND FIVE HUNDRED and EIGHTY-FIVE DOLLARS and ZERO CENTS ($7,585.00) for EAJA fees and the Court having reviewed the record; IT IS on this 19 day of December, 2019; ORDERED that Plaintiff be allowed an EAJA fee in the amount of SEVEN THOUSAND FIVE HUNDRED and EIGHTY-FIVE DOLLARS and ZERO CENTS ($7,585.00). The EAJA fees may be paid to Plaintiff's counsel if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney and Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

                                                                     /s/ MICHAEL P. SHEA
                                                                     _____
                                                                     Honorable Michael P. Shea
                                                                     United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                                         JOHN H. DURHAM
                                         United States Attorney

Dated: December 17, 2019

                            By:   */s/ Vernon Norwood*
                                   Vernon Norwood
                                   Special Assistant U.S. Attorney


                                   Ivan Katz, Esq
                                   57 Trumbull Street
                                   New Haven, CT 09226

Dated: December 18, 2019

                            By:   */s/ Ivan Katz*
                                   Ivan Katz, Esq
                                   Attorney for Plaintiff